```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minute of Proceeding
```

OFFICE: Trenton

JUDGE Hon. Peter G. Sheridan                    Date: June 14, 2016

Court Reporter: Frank Gable

TITLE OF CASE:                                  CIVIL 13-3974 (PGS)
Susan Guerrini
vs.
The College of New Jersey

APPEARANCES:
Laura C. Mattiacci and Kate C. Oeltjen, Esqs for Plaintiff

Timothy R. Oberleiton and Agnes I. Rymer, DAG for Defendant

NATURE OF PROCEEDINGS:.

SETTLEMENT CONFERENCE HELD.

Hearing on Motions in Limine set for 8/11/2016 at 11:00 a.m.

Jury Trial set for 8/17/2016 at 10:30 AM

Ordered that proposed voir dire questions an requests to charge be furnished to the Court 5 days prior to date of trial.

TIME COMMENCED: 11:30 a.m.
TIME ADJOURNED: 12:30 p.m.         s/Dolores J. Hicks
TOTAL TIME:     1:00               Deputy Clerk