CHRISTOPHER S. PORRINO
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant,*
    The College of New Jersey

By:    Timothy R. Oberleiton
        Deputy Attorney General
        (609) 777-4889
        timothy.oberleiton@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SUSAN GUERRINI, | : | Civil Action No. 13-cv-3974 (PGS)(DEA) |
| Plaintiff, | : | **(Filed Electronically)** |
| v. | : | **CERTIFICATION OF** |
| | : | **DEPUTY ATTORNEY GENERAL** |
| THE COLLEGE OF NEW JERSEY, | : | **TIMOTHY R. OBERLEITON** |
| Defendant. | : | |

    I, Timothy R. Oberleiton, of full age, hereby certify and state:

    1.    I am an attorney licensed to practice law in the State of New Jersey and before this Court. I am the Deputy Attorney General assigned to represent Defendant The College of New Jersey ("TCNJ" or "Defendant") in the above-captioned matter. As such, I am familiar with the facts set forth below.

    2.    The exhibits listed below are true and accurate copies of the following documents:

    Exhibit A            Plaintiff's Response to Defendant's Statement of Allegedly Undisputed Material Facts

    Exhibit B            TCNJ Promotion and Reappointment Document (Bates No. TCNJ

                PROMOTIONS PROCESS 012-015).

| | |
|---|---|
| Exhibit C | Letter from Dean Laughton Recommending Non-reappointment dated May 12, 2011 (Bates No. PROVOST FILE 012-015). |
| Exhibit D | Letter from Provost Bresnahan to Plaintiff Recommending Non-reappointment dated June 10, 2011 (Bates No. DEAN FILE 074). |
| Exhibit E | Letter from President Gitenstein Concurring with Provost Recommendation for Non-reappointment dated June 30, 2011 (Bates No. DEAN FILE 076). |
| Exhibit F | EEO/AA Investigation Report dated February 13, 2012. (Bates No. EEO FILE 1-7). |
| Exhibit G | Final Determination Letter from TCNJ dated February 14, 2012. (Bates No. EEO FILE 58-59). |
| Exhibit H | Appeal by Susan C. Guerrini, Ph.D. dated March 5, 2012 (Bates No. GUERRINI 1907-1910 |
| Exhibit I | Final Administrative Action of the Civil Service Commission: In the matter of Susan Guerrini, The College of New Jersey, CSC Docket No. 2012-2685 (Bates No. EEO FILE 66-71) |
| Exhibit J | Relevant portions of the Deposition Transcript of Plaintiff Susan Guerrini dated May 2, 2014 |
| Exhibit K | Relevant portions of the Joint Final Pretrial Order entered by this Court on May 31, 2016 (ECF No. 43) |
| Exhibit L | Opinion of the Superior Court of New Jersey, Appellate Division in *Rasmussen v. Vineland Bd. of Educ.*, No. A-0038-13T3, 2014 N.J. Super. Unpub. LEXIS 2929 (App. Div. Dec. 22, 2014) |

1.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Timothy R. Oberleiton*
                                        Timothy R. Oberleiton
                                        Deputy Attorney General

Dated: June 23, 2016