CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant*
   The College of New Jersey

By:  Timothy R. Oberleiton
     Deputy Attorney General
     (609) 777-4889
     Timothy.oberleiton@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUSAN GUERRINI, | Civil Action No. 13-3974-PGS-DEA |
| Plaintiff, |  |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| THE COLLEGE OF NEW JERSEY, |  |
| Defendant. |  |

The matter in difference in the above-entitled action having been amicably adjusted by and between the Defendant, The College of New Jersey, and Plaintiff, Susan Guerrini, it is hereby stipulated and agreed to that the Complaint is hereby **DISMISSED** with prejudice and without costs.

CONSOLE LAW OFFICES, LLC          CHRISTOPHER S. PORRINO
                                  ATTORNEY GENERAL OF NEW JERSEY

By: _____       By: _____
    *Attorney for Plaintiff*          Timothy R. Oberleiton, D.A.G.
                                      *Attorney for Defendant*

DATED: September 26, 2016         DATED: September 26, 2016